IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHITRABHANU BHATTACHARYA,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PITTSBURGH – OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 24-900<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER OF COURT**

AND NOW, this 20th day of June, 2025, upon consideration of Plaintiff Chitrabhanu Bhattacharya's Motion to Compel Comparator Information, (Docket No. 46), wherein he seeks to compel Defendant University of Pittsburgh – of the Commonwealth System of Higher Education "to produce information and documents about other University faculty accused of and/or disciplined for alleged sexual harassment and/or sexual misconduct since May 23, 2018," his accompanying brief in support, (Docket No. 47), Defendant's Response in Opposition, (Docket No. 53), opposing the production of same as overly broad and unduly burdensome, in part, because of the temporal scope of Plaintiff's request, Plaintiff's Reply, (Docket No. 55), and Defendant's Sur-Reply, (Docket No. 57), in which Defendant agrees to produce the information and documents requested by Plaintiff from June 2021 (the month in which Defendant's Office of Compliance, Investigations, & Ethics and the University's current procedures for handling sexual misconduct/sexual harassment allegations were established) through the present,

IT IS HEREBY ORDERED that Plaintiff's Motion [46] is DENIED, without prejudice;

IT IS FURTHER ORDERED that Defendant University of Pittsburgh – of the

2

Commonwealth System of Higher Education shall produce by June 27, 2025 all "information and documents about other University faculty accused of and/or disciplined for alleged sexual harassment and/or sexual misconduct" since June 2021 through the present; and,

    IT IS FURTHER ORDERED that the parties shall continue to meet and confer and shall file a Joint Status Report by July 1, 2025.

                                      *s/Nora Barry Fischer*
                                      Nora Barry Fischer
                                      Senior U.S. District Judge

cc/ecf: All counsel of record.